UNITED STATES *versus* TWO BOXES, ONE BALE, AND TWO TRUNKS, CONTAINING DRY GOODS, CLAIMED BY DAVID C. McKINSTRY.

JOURNAL ENTRIES: (1) Sept. 23, 1816: libel filed; (2) Sept. 28, 1816: libel filed, proclamation ordered, time fixed for trial, notice ordered published; (3) Nov. 4, 1816: claim and answer filed, notice waived, evidence heard; (4) Nov. 6, 1816: goods ordered restored, reasonable ground of seizure certified.
PAPERS IN FILE: See *Transactions 1814–1824*, I, 344, case A-65.
*File No.* . . . .

UNITED STATES *versus* TWENTY-SEVEN PAIRS BLANKETS AND FIVE PAIRS PANTALOONS, CLAIMED BY JOSEPH BAILEY.

JOURNAL ENTRIES: (1) Nov. 4, 1816: libel filed; (2) Nov. 9, 1816: libel filed, proclamation ordered, time fixed for trial, notice ordered published; (3) Aug. 29, 1817: order for publication amended; (4) Sept. 15, 1817: claim filed, time given to file security for costs; (5) Sept. 20, 1817: testimony heard, goods condemned, sale ordered, notice of sale ordered.
PAPERS IN FILE: See *Transactions 1814–1824*, I, 344, case A-64.
*File No.* . . . .

UNITED STATES *versus* THREE PIECES COARSE COTTON CLOTH, TWO PIECES CALICO, FOUR PIECES ( . . . . ) CALICO, EIGHT PIECES SAME, ONE PIECE COTTON CHECK, ONE PIECE SHAWLS, ONE SAME, NINE DOZEN KNIVES, TWO DOZEN FORKS, TWO DOZEN TOILETTE GLASSES, THREE DOZEN STEEL FILES, TWO POUNDS VERMILION, ONE PIECE YELLOW FLANNEL, FOURTEEN SCENT BOTTLES, THREE PHIALS RED PEPPER, THREE PAIRS MEN'S SHOES, ONE PAIR WOMEN'S SHOES, TWO PAIRS SAME, ONE PAIR COARSE SHOES, TEN PAIRS TROUSERS, TEN HATS, TWENTY SHIRTS, AND TWO BOXES WAFERS, CLAIMED BY JOSEPH BAILEY.

JOURNAL ENTRIES: (1) Nov. 4, 1816: libel filed; (2) Sept. 15, 1817: claim filed, time given to file security for costs; (3) Sept. 20, 1817: testimony heard, goods condemned, sale ordered, notice of sale ordered.
PAPERS IN FILE: (1816): (1) Libel; (2) commission to take depositions; depositions of Samuel Abbott, Adam D. Stewart, and Frederick Oliva.
*File No.* . . . .

UNITED STATES *versus* GEORGE WELCH AND ROBERT SMART.
JOURNAL ENTRIES: [None]
PAPERS IN FILE: See *Transactions 1814–1824*, I, 344, case A-67.
*File No.* . . . .

UNITED STATES *versus* FOUR PIECES GRAY CLOTH, TWO PIECES SCARLET CLOTH, AND ONE PIECE GREEN FLANNEL.

JOURNAL ENTRIES: (1) Sept. 15, 1817: notice of trial ordered published; (2) Nov. 24, 1818: evidence heard, property condemned, sale ordered, notice of sale ordered.
PAPERS IN FILE: See *Transactions 1814–1824*, I, 345, case A-71.
*File No.* . . . .